















F





F















F





